UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANDERSON ZAMBRANO-PACHECO, REINALDO RAFAEL GONZALES-VALDEZ, JOSE MANUEL GUERRERO-ZARATE, JOSE DAVID VALENCIA-DE LA ROSA, JOHAN CARLOS MUJICA-URPIN, LUIS JOSE VELASQUEZ-HURTADO, STEFANO PACHON-ROMERO, GUILLERMO ENRIQUE FREITES-VELAZQUEZ, JESUS DAVID BARRIOS GARCIA, GIOVANNY VALENTIN BLANCO LUCIANO, ANDERSON JESUS DURAN BERROTERAN, ROIMAN NOE BELLO FERRER, LUIS MIGUEL RODRIGUEZ-TAPIA, MARIO ANDRES PEREDA, YEFERSON ALEJANDRO PRIETO GALVIZ, JHONKENNEDY BRAVO-CASTRO, YENDER MAYKIER MATA, WILFREDO JOSE AVENDANO CARRIZALEZ, CARLOS GABRIEL SANTOS MOGOLLON, KELLEN ALEJANDRO JASPE BUSTAMANTE, and LUIS ANDRES BELLO-CHACON,<br><br>                                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:   1/15/2026<br><br><br>25-cr-76 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On January 15, 2026, the Court held a conference in this matter. As the Court directed on the record at the conference:

IT IS HEREBY ORDERED that by noon on **January 20, 2026**, the parties shall raise any questions concerning the Court's disclosure at the conference about its professional interactions at bar association functions with two defense counsel.

IT IS FURTHER ORDERED that by **February 20, 2026**, the government shall produce (1) the extractions of all devices for which it has extractions, and (2) full responsiveness reviews for all devices pertinent to this case. IT IS FURTHER ORDERED that by **April 1, 2026**, the government shall produce all remaining discovery. **The April 1, 2026 discovery deadline is a**

**firm deadline that will not be further extended irrespective of whether and when the government obtains the superseding indictment it anticipates obtaining.**

IT IS FURTHER ORDERED that by **March 13, 2026**, the government shall file a letter advising the Court of the status of the discovery, proposed trial groupings, and estimates for the length of each trial.

IT IS FURTHER ORDERED that by **April 10, 2026**, Defendants shall file a letter that addresses the information in the March 13 letter and advises the Court of contemplated defense motions.

IT IS FURTHER ORDERED that the Court will hold a further conference on **April 17, 2026** at 11:00 a.m.  **By the close of business tomorrow, the government shall submit to the United State Marshals Service on SharePoint its request to produce Defendants for the next conference.**

IT IS FURTHER ORDERED that all time is excluded under the Speedy Trial Act until April 17, 2026, with the consent of all Defendants, in the interest of justice for the reasons stated on the record at the January 15, 2026 conference.

The Clerk of Court respectfully is requested to terminate the motions at docket entries 52, 63, and 153.

**SO ORDERED.**

Date:  January 15, 2026  
New York, NY

*[signature: Mary Kay Vyskocil]*  
**MARY KAY VYSKOCIL**  
**United States District Judge**