USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIS JOSE VELASQUEZ-HURTADO, a/k/a "Chito,"

Defendant.

25-cr-76 (MKV) 6

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In connection with the entry of Defendant's plea of guilty to Count One of the S4 Superseding Indictment today, September 23, 2026, and in reliance on the Government's representation that it will at the time of sentencing move to dismiss all other charges against the Defendant, counsel to Defendant withdrew, on the record, Defendant's pending motion to dismiss, [ECF No. 328], without prejudice to renewal.

Accordingly, the Clerk of Court is respectfully requested to terminate docket entry number 328.

**SO ORDERED.**

**Date: September 23, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**